RECEIVED
PRO SE

JUL 28 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

FILED _____ENTERED
_____LODGED _____RECEIVED

JUL 28 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LARNELL HENDRICK (#209-362)**
**14100 McMULLEN HGWY. NBCI**
**SW CUMBERLAND,**
**MARYLAND 21502**
(Full name, prison identification number and address of the plaintiff)

**JURY TRIAL DEMANDED**

v.

**IN INDIVIDUAL AND OFFICIAL CAPACITIES**
**CO II JUSTIN GORDON**
**CO II BENJAMIN FRIEND**
**CO II JEREMY CRITES**
**SGT. HITE (FEMALE SGT.)**
(Full name and address of the defendant(s))

Civil Action No. **DKC-14-2398**
(Leave blank on initial filing to be filled in by Court.)

**NORTH BRANCH CORRECTIONAL INSTITUTION**
**14100 McMULLEN HGWY**
**SW CUMBERLAND,**
**MARYLAND 21502**

## COMPLAINT

I. **Previous lawsuits**

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐     NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

※ : **THREE ATTACHMENTS ENCLOSED.** ※

1983 Complaint (Rev. 03/2011)





**ATTACHMENT #1. STATEMENT OF CLAIM**
**ATTACHMENT #2. ARP AND DCD 185-003**
**ATTACHMENT #3. APPEAL AND ARP FORM**

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

   a. What was the result? DISMISSED for Procedural REASONS, ISSUE Being INVESTIGATED BY INTERNAL INVESTIGATIVE UNIT

   b. Did you appeal?

   YES ☑   NO ☐

2. If you answered NO to either of the questions above, explain why: _____

_____

**III. Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

*(See: STATEMENT OF CLAIM, ATTACHMENT 1)*

(1) On JUNE 29, 2013 AT APPROX. 9:45-10:00PM I WAS PHYSICALLY ATTACKED AND BEATEN BY THREE NBCI CORRECTIONAL OFFICERS, I.E., COII J. GORDON, COII B. FRIEND, AND COII J. CRITES, by the ORDER of SGT. HITE AT NBCI PRISON.

(2) AFTER SGT. HITE AND I had A VERBAL ALTERCATION In HU 2 DWING, COII B. FRIEND VOLUNTARILY ENTERED the verbal ALTERCATION SAYING to me "BITCH SHUT UP, WRITE ME UP, WHO GIVES A FUCK ANYWAY", AND I SAID "MIND YOUR BUSINESS I'M -

*[See: ATTACHMENT 1]* (CONT'D) →

**IV. Relief**
(State briefly what you want the Court to do for you.)

$20,000.00 AND $15,000.00 ACCORDINGLY

ORDER DEFENDANTS to PAY COMPENSATORY AND PUNITIVE DAMAGES; GRANT other JUST & EQUITABLE RELIEF the COURT DEEM NECESSARY.

SIGNED THIS 20 day of JULY, 2014.

Laenell Hendrick #209-362
(original signature of plaintiff)

14100 McMULLEN HGWY
NBCI SW CUMBERLAND,
MARYLAND 21502
(address of plaintiff)

1983 Complaint (Rev 03/2011)                8